James Lee, Bar No. 12153
**Taylor C. Hartley, Bar No. 11397**
LIBERTY LAW, PLLC
21 E. 100 N., Ste. 202
American Fork, UT 84003
Telephones: 801-709-6309 (office); 801-404-4987 (cell)
Facsimile: 801-228-2554
Email: taylor@utahlibertylaw.com
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH**, | **REQUEST FOR DISCOVERY** |
| Plaintiff, | |
| v. | Case No.: 2:20−cr−00332 |
| **PATIENCE O'DOWD, and GARY MILES**, | Judge: DAPHNE A. OBERG |
| Defendants. | |

Taylor C. Hartley, hereby, submits this Request for Discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and the Jencks Act, as applicable.

DATED this 20th day of November 2020.

LIBERTY LAW, PLLC

/s/ Taylor C. Hartley
TAYLOR C. HARTLEY
Attorney at Law

## CERTIFICATE OF SERVICE

I certify that on the 20th day of November 2020, I caused a true and correct copy of the **REQUEST FOR DISCOVERY** to be delivered as follows:

|  |  | Electronic Filing | First Class Mail | Email | Fax | Hand Delivery |
|---|---|---|---|---|---|---|
| To: | TRINA A. HIGGINS, ASSISTANT U.S. ATTORNEY trina.higgins@usdoj.gov<br><br>LYNDA R. KRAUSE, ASSISTANT U.S. ATTORNEY lynda.krause@usdoj.gov<br><br>GLEN PROCTOR glen.proctor@usdoj.gov | X |  | X |  |  |

/s/ Taylor C. Hartley
TAYLOR C. HARTLEY
Attorney at Law